JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONALD T. CRANE, an individual, and TIMOTHY HILBUSH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ROTORCRAFT LEASING COMPANY, L.L.C., a Delaware Limited Liability Company, and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. CV11-09926 R (JCx)<br><br>**ORDER RE JOINT STIPULATION TO REMAND CASE**<br><br>Judge: Honorable Manuel Real<br><br>Trial Date:   None Set |

Considering the Joint Stipulation to Remand Case and finding a good cause for the granting of same:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Stipulation to Remand Case is hereby granted.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' lawsuit be and is hereby remanded to the Superior Court of California for the County of Santa Barbara, Santa Maria-Cook Division, under the caption <u>Ronald T. Crane, an individual, and Timothy Hilbush, an individual vs. Rotorcraft Leasing Company, L.L.C. a Delaware Limited Liability Company and DOES 1 through 50 inclusive</u>, Case No: 1387733.

4814-4407-0926.1

[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND CASE

1    IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that
2 these proceedings in the United States District Court for the Central District of
3 California, Western District be and are hereby dismissed, without prejudice, with
4 each party to bear their own respective court costs, attorney's fees and expenses;
5
6    THUS DONE AND SIGNED this _4th_ day of January_, 2012_, in _Los
7 Angeles, California.

_____
UNITED STATES DISTRICT JUDGE

**FEDERAL COURT PROOF OF SERVICE**

Crane v. Rotorcraft - File No. 32115.02

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 30, 2011, I served the following document(s): **PROPOSED ORDER RE JOINT STIPULATION TO REMAND CASE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Matthew A. Kaufman, Esq.
HARRIS & KAUFMAN
15260 Ventura Blvd., Suite 2250
Sherman Oaks, CA 91403
818.990.1999

Attorney for Plaintiffs,
RONALD T. CRANE and
TIMOTHY HILBUSH

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on December 30, 2011, at Costa Mesa, California.

_____
Johana Whitbeck